AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| John D. Lohr | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 04-CV-656 |
| v. | |
| CNH Global N.V., et al | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED that this case is dismissed for plaintiff's failure to respond to defendants' motion for summary judgment.

Date: October 3, 2005                             RODNEY C. EARLY,
                                                  CLERK

                                         By:    s/Deborah M. Zeeb
                                                Deputy Clerk